# In the Superior Court of the State of California
### FOR THE COUNTY OF SAN DIEGO

The People of the State of California,

Plaintiff,

vs

CARLOS BUSTAMANTE
    also known as,
      CARLOS BUSTAMENTE,
HECTOR RAMIREZ BUSTAMANTE,
MIGUEL PONCE,
LUPE RODRIGUEZ GUTIERREZ,
    and,
GERMAN GUEVARA CARAVANTES

Defendant

**INFORMATION**

D.A. No.    A56838

Case No.    CR57895

The District Attorney of the County of San Diego, State of California accuses the Defendant(s) of committing, in the County of San Diego, State of California, before the filing of this Information, the following crime(s):

**COUNT ONE:** On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES did assault another with a deadly weapon and instrument, and by means of force likely to produce great bodily injury, in violation of Penal Code section 245(a). Victim: RENE BARBA

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a club, within the meaning of Penal Code section 12022(b).

**COUNT TWO:** On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ, and GERMAN GUEVARA CARAVANTES did assault another with a deadly weapon and instrument, and by means of force likely to produce great bodily injury, in violation of Penal Code section 245(a). Victim: SHARON BUCKLY

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a club, within the meaning of Penal Code section 12022(b).

**COUNT THREE:** On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES did murder RENE BARBA, a human being, in violation of Penal Code section 187.

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a knife and club, within the meaning of Penal Code section 12022(b).

EDWIN L. MILLER, JR.
District Attorney of the County of San Diego, State of California

/s/ Richard D. Huffman

Dated ..April 1.................., 19.82.... By.......................................................
                                                      Assistant District Attorney

COM-23

STATE OF CALIFORNIA  | ss.
County of San Diego,  |

ROBERT D. ZUMWALT

I,                    , County Clerk of the County of San Diego, State of California, and ex-officio

Clerk of the Superior Court thereof, do hereby certify the within to be a true copy of an Informa-

tion, presented and filed by the District Attorney of the said County of San Diego, in the said

Superior Court, on the    **APR 1 - 1982**    day of                          19

and made a record thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of said

Court, this    **APR 1 - 1982**    day of                          , 19

, Clerk

By    _Dace Hall_

Deputy Clerk