## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

FILED
Robert D. Zumwalt, Clerk

JUL 29 1982

BY D. HOCKETT, Deputy

THE PEOPLE OF THE STATE OF CALIFORNIA
Plaintiff,

vs.

CARLOS BUSTAMANTE
Defendant.

CASE NUMBER
CR – 57895
DA – A56838

CHANGE OF PLEA
(GUILTY)

Comes now    CARLOS BUSTAMANTE
defendant in the above-entitled criminal action, and in support of his motion to change his plea(s) to be made in open
court personally and by his attorney, does declare:
*(defendant to initial each item)*    CB

1. That his attorney in the above-entitled criminal action is    L. THOMAS BOWDEN    CB

2. That he is charged in    INFORMATION    number CR –57895    , with having violated
(Information/Indictment)

Ct. 1–PC245(a)&12022(b); Ct. 2–PC245(a)&12022(b); Ct. 3–PC187&12022(b)
(Code Section(s) and Count(s))    CB

3. That he desires to change his plea(s) and desires to plead guilty to PC192.2(Involuntary Manslaughter)
(Set forth Code Section(s) and Count(s))    CB
as a lesser included offense of Ct. 3.
(including lesser offense(s) to which plea is to be made)

4. That he IS now and WAS at the time this form was prepared in possession of all his faculties
(Is/Is not)    (was/was not)
and has not consumed any drug, narcotic or alcoholic beverage in the 24-hour period preceding the entry of this plea    CB
to the extent that his sound judgment is impaired;    CB

5. That he DOES understand the nature of the charge(s) against him;
(does/does not)

6. That he HAS discussed the nature of the charge(s) against him and the possible defenses thereto with    CB
(has/has not)
his attorney;

7. That he violated the aforementioned Penal Code section(s) by    People v. West Plea.

CB

8. That his attorney HAS explained and discussed his constitutional rights with him; that he understands
(has/has not)
his constitutional rights; that his constitutional rights have not been violated; that his attorney has specifically explained
to him (1) the right to a jury trial, (2) the right to confront those witnesses who would testify against him and to cross-
examine those witnesses, (3) the right to testify in his own behalf or not to testify if he desires to remain silent, (4) the
right to have witnesses and documents subpoenaed by the Court for use at trial; that defendant knowingly and intelligently    CB
gives up these constitutional rights;

9. That his decision to change his plea(s) HAS been made freely and voluntarily, without threat or    CB
(has/has not)
fear to him or to anyone closely related to or associated with him;

10. That his attorney HAS explained the possible sentence and understands the maximum possible punish-    CB
(has/has not)
ment to be: Four years state prison    CB

and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of    48 months
CB

11. That he understands if he is granted probation and the Court finds he has violated the terms of probation he
could be sentenced to State Prison at that time.

Co. Clk. Form CR-12 (4-81)

12. That he ___has___ been induced to plead guilty by any promise or representation of a lesser sentence,
(has/has not)
probation, reward, immunity, or anything else. If defendant's plea of guilty is the result of discussions with the District
Attorney (e.g., that the District Attorney has agreed to move to dismiss a count if defendant pleads guilty to another   the D/A has agreed to move
count), explain briefly such promise or plea bargaining, in the following space: to dismiss counts one and two and stipulate that defendant shall plead to PC192.2 as a lesser included offense in count 3; and the court commits to a PC 1203.03 evaluation if probation does not appear to be appropriate. Further, the D/A agrees to strike the PC 12022(b) allegations in each count.

13. That he ___does___ understand that the matter of probation and sentence is to be determined solely by the
(does/does not)
court.

14. That he is pleading guilty because XXXXXXXXXXXXXXXXXXXXXXXX   HE wishes to avoid the possibility of conviction and sentence on the more serious charge of murder.
Defendant has (cross out the inapplicable phrase)
1. XXXXXXXXXXXXXXXXXXXXX
2. read, discussed, and has had explained to him by his attorney

each of the above items, and understands same. Defendant has initialed each item as proof thereof.

Executed this ___29___ day of ___JULY___, 19_82_ in the County of San Diego, State of California.

_Carlos Bustamante_
(Defendant's signature)

___J. THOMAS BOWDEN___ states that he is the attorney for defendant in the above-entitled criminal action; that he personally read, discussed and explained the contents of the above declaration of the defendant and each item thereof; that defendant's constitutional rights have not been violated; that no meritorious defense exists to the charge(s) to which defendant is pleading guilty; that he personally observed the defendant (fill in and initial each item, or read and initial each item) acknowledging explanation of the contents of each item; that he observed defendant date and sign said declaration; that he concurs in defendant's withdrawal of his plea(s) of not guilty; that he concurs in defendant's plea(s) of guilty to the charge(s) as set forth by the defendant in the above declaration.

Dated this ___29___ day of ___JULY___, 19_82_

(Attorney's signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney, EDWIN L. MILLER, JR., District Attorney, concurs in the defendant's withdrawal of his plea(s) of not guilty and in the defendant's plea of guilty to the charge(s) as set forth by the defendant in the above declaration.

Dated this ___29___ day of ___July___, 19_82_.

EDWIN L. MILLER, JR.
District Attorney

By: _____
(Deputy District Attorney)

Defendant personally and by his attorney having in open court moved to withdraw his plea(s) of not guilty as heretofore entered and the People of the State of California by and through its attorney, having concurred in said motion;

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

Dated: __JUL 2 9 1982__

(Judge of the Superior Court)
JAMES A. MALKUS

Co. Clk. Form CR-12 (4-81) REVERSE