## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR 57895     DA A56838

DATE NOV 8 1982 AT 10:30 ___ M.

PRESENT HON. JAMES A. MALKUS     JUDGE PRESIDING DEPARTMENT NINE

CLERK _____     REPORTER _____

THE PEOPLE OF THE STATE OF CALIFORNIA
VS
                                                              R Burt
                                                              DEPUTY DISTRICT ATTORNEY

CARLOS BUSTAMANTE aka Carlos Bustamente     DEFENDERS S Bowden
DEFENDANT                                   ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF PC 192.2     FUR PROC PC 1203.03

DEFENDANT  ☐ DULY ARRAIGNED FOR JUDGMENT  ☒ WAIVES ARRAIGNMENT  ☐ NOT PRESENT
☐ DEFENDANT ADVISED OF RIGHTS AND (ADMITS) (DENIES) A VIOLATION OF PROBATION  ☐ WAIVES HEARING
PROBATION IS  ☒ DENIED  ☐ REVOKED  ☐ REINSTATED  ☐ MODIFIED  ☐ CONTINUED  ☐ GRANTED ___ YEARS
                                                                              ☐ FORMAL/SUMMARY
☐ DEFENDANT COMMITTED TO CUSTODY OF SHERIFF FOR _____ ADULT INSTITUTIONS RECOMMENDED
AS PER ORDER SIGNED AND FILED  ☐ DEFENDANT NOT TO BE GRANTED PAROLE  (STRIKE IF NOT APPLICABLE)
☐ DEFENDANT REFERRED TO DIRECTOR OF CORRECTIONS UNDER PC 1203.03 HEARING SET FOR _____
AT _____ M IN DEPARTMENT _____

☒ DEFENDANT COMMITTED TO DIRECTOR OF CORRECTIONS  (LOWER) (MIDDLE) (UPPER) TERM   CREDIT TIME SERVED:
☐ DEFENDANT COMMITTED TO CALIFORNIA YOUTH AUTHORITY   OF 2 YRS    81 DAYS LOCAL
☒ DEFENDANT NOTIFIED OF APPEAL RIGHTS IN ACCORDANCE WITH RULE 250, CALIFORNIA RULES OF COURT   ___ DAYS PRISON
☒ ADVISED OF PAROLE RIGHTS                                                               40 DAYS GT/WT
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT                          121 DAYS TOTAL

_____ CONTINUED TO _____ DEPT. _____
AT _____ M ON MOTION OF COURT / DDA / DEFENDANT / PROBATION OFFICER
PROCEEDINGS ADJOURNED TO DETERMINE WHETHER DEFENDANT  ☐ IS PRESENTLY SANE (PC 1368)  ☐ IS MENTALLY DISORDERED SEX OFFENDER (WI 6300 ET. SEQ)
☐ ADDICTED OR IN IMMINENT DANGER OF BECOMING ADDICTED TO NARCOTICS, AS PER ORDER SIGNED AND FILED (WI 3051)
DEFENDANT REMAINS AT LIBERTY  ☐ ON BOND POSTED $ _____  ☐ ON OWN RECOGNIZANCE  ☐ ON PROBATION
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF WITHOUT BAIL  ☐ DEFENDANT ORDERED RELEASED FROM CUSTODY OF SHERIFF
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF WITH BAIL SET AT $ _____
☐ COURT DETERMINES DEFENDANT HAS / DOES NOT HAVE ABILITY TO REIMBURSE THE COUNTY FOR COURT APPOINTED COUNSEL IN THE AMOUNT OF $ _____
PAYABLE $ _____ PER MONTH COMMENCING _____
☐ BENCH WARRANT TO ISSUE BAIL SET AT $ _____ SERVICE WITHHELD TO _____
☐ BAIL BOND EXONERATED  ☐ DMV ABSTRACT FORWARDED
☐ BOND FORFEITED $ _____   BOND COMPANY _____
BOND NO _____   AGENT _____
☐ DEFENDANT ORDERED TO PAY A FINE OF $ _____ INCLUDING PENALTY ASSESSMENT (PC 13521) (GC 13907)
                                                           (STRIKE ONE)
AT $ _____ BEGINNING _____ PLUS PENALTY ASSESSMENT (GC 13967)
☐ DEFENDANT ORDERED TO MAKE RESTITUTION OF _____ AT _____ COMMENCING _____

OTHER: *Ct recommends a minimum custody institution*

DATED: NOV 8 1982                                      ORDER JAMES A. MALKUS, JUDGE

CR-2B (2-81)

# SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple count Convictions nor Consecutive Sentences)

FORM DSL 290.1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
**BRANCH**

COURT I.D.: 3 7

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** CARLOS BUSTAMANTE
**AKA:** Carlos Bustamante

[X] PRESENT  [ ] NOT PRESENT

FILED
Robert D. Zumwalt, Clerk
NOV 8 1982
BY B. RUNDLE, DEPUTY

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**   [ ] AMENDED ABSTRACT
**CASE NUMBER:** CR 57895

| DATE OF HEARING (MO/DAY/YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 11 08 82 | NINE | JAMES A. MALKUS | DEBORAH HOCKETT |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| MARVEL McDONALD | KEITH BURT | THOMAS BOWDEN | CHARLYNE McKAIN |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM (M/U/L) | TIME IMPOSED (YEARS/MONTHS) |
|---|---|---|---|---|---|---|---|---|
| 3 | PC | 192.2 | Involuntary Manslaughter | 81 | 07 29 82 | X (COURT) | 1 | 2 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED)

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12021.5 | 12022.5(a) | 12022.5(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|

3. OTHER ORDERS: Court recommends a minimum custody institution

4. A. NUMBER OF PRIOR PRISON TERMS:

| | S | C/F | X | I |
|---|---|---|---|---|
| 667.5(a) | 0 | | | |
| 667.5(b) | 0 | | | |
| 667.5(b) | 0 | | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| | S | C/F | X | I |
|---|---|---|---|---|
| 667.6(a) | | | | |

5. TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT] → 2

6. TOTAL TERM IMPOSED:

7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S)

8. EXECUTION OF SENTENCE IMPOSED:
   A. [X] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC §1170(d))

9. DATE SENTENCE PRONOUNCED: 11 08 82
   CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 121 INCLUDING: ACTUAL LOCAL TIME 81  LOCAL CONDUCT CREDITS 40
   STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
    [ ] CALIF. MEDICAL FACILITY — VACAVILLE
    [X] CALIF. INSTITUTION FOR MEN — CHINO
    [ ] OTHER (SPECIFY):

**CLERK OF SUPERIOR COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: [signed] Connie Rundle
DATE: NOV 8 1982

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Pen. C. 1213.5
CRC

DISTRIBUTION: PINK COPY — COURT FILE     YELLOW COPY — DEPARTMENT OF CORRECTIONS     WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS