OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

# N-400 Application
# for Naturalization

**Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black ink.**

| Part 1.  Your Name. *(The Person Applying for Naturalization)* |
|---|

**A.** Your current legal name.

Family Name *(Last Name)*

Bustamante-Ramirez

Given Name *(First Name)*

Carlos

Full Middle Name *(If applicable)*

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

Bustamante-Ramirez

Given Name *(First Name)*

Carlos

Full Middle Name *(If applicable)*

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| none | | |
| | | |
| | | |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name?  ☐ Yes  ☒ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

---

Write your  USCIS "A"- number here:

A ▮▮▮▮▮

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|
| | |

Remarks

Action Block

---

| Part 2.  Information About Your Eligibility.  *(Check Only One)* |
|---|

I am at least 18 years old **AND**

**A.** ☒  I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐  I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐  I am applying on the basis of qualifying military service.

**D.** ☐  Other *(Please explain)* _____

_____

| **Part 3. Information About You.** | Write your USCIS "A"- number here: <br> A ▆▆▆▆▆ |
| --- | --- |

**A.** U.S. Social Security Number ▆▆▆▆▆

**B.** Date of Birth *(mm/dd/yyyy)* ▆▆▆▆▆

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*
11/05/1972

**D.** Country of Birth
Mexico

**E.** Country of Nationality
Mexico

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   [X] Yes   [ ] No

**G.** What is your current marital status?   [X] Single, Never Married   [ ] Married   [ ] Divorced   [ ] Widowed

[ ] Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   [ ] Yes   [X] No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   [ ] Yes   [X] No

If you answered "Yes," check the box below that applies:

[ ] I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

[ ] I use a wheelchair.

[ ] I am blind or sight impaired.

[ ] I will need another type of accommodation. Please explain: _____

_____

_____

| **Part 4. Addresses and Telephone Numbers.** |
| --- |

**A.** Home Address - Street Number and Name *(Do **not** write a P.O. Box in this space)*
67 East 11th Street

Apartment Number
525

| City | County | State | ZIP Code | Country |
| --- | --- | --- | --- | --- |
| New York | New York | New York | 10003 | USA |

**B.** Care of
N/A

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
| --- | --- | --- | --- |
| | | | |

**C.** Daytime Phone Number *(If any)*
( 310 ) 430-4146

Evening Phone Number *(If any)*
( 212 ) 253-6098

E-mail Address *(If any)*

| Part 5.  Information for Criminal Records Search. | Write your USCIS "A"- number here:<br>A ▓▓▓▓ |
|---|---|

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A.** Gender    ☒ Male   ☐ Female

**B.** Height    5 Feet   5 Inches

**C.** Weight    200 Pounds

**D.** Are you Hispanic or Latino?   ☒ Yes   ☐ No

**E.** Race *(Select one or more.)*
☐ White   ☐ Asian   ☐ Black or African American   ☐ American Indian or Alaskan Native   ☐ Native Hawaiian or Other Pacific Islander

**F.** Hair color
☒ Black   ☐ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

**G.** Eye color
☒ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

| Part 6.  Information About Your Residence and Employment. |
|---|

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 12/25/2005 | Present |
| 5154 Inglewood Blvd, #6, Culver City, CA 90230 | 11/18/2003 | 12/24/2005 |
| 2740 Centinela Avenue, Los Angeles, CA 90064 | 02/01/2001 | 11/17/2003 |
|  |  |  |
|  |  |  |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | From | To | Your Occupation |
|---|---|---|---|---|
| SimplexCrinnell | 2323 Randolph Ave., Avenel, NJ 07001 | 01/15/1990 | present | Fire Safety Inspector |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part 7.  Time Outside the United States.**
*(Including Trips to Canada, Mexico and the Caribbean Islands)*

Write your USCIS  "A"- number here:
A █████████

**A.** How many total days did you spend outside of the United States during the past five years?    0  days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?    0  trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful
Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

**Part 8.  Information About Your Marital History.**

**A.** How many times have you been married (including annulled marriages)?    0    If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

**2.** Date of Birth  *(mm/dd/yyyy)*          **3.** Date of Marriage *(mm/dd/yyyy)*          **4.** Spouse's U.S. Social Security #

**5.** Home Address - Street Number and Name          Apartment Number

City          State          Zip Code

| **Part 8. Information About Your Marital History.** *(Continued)* | Write your USC█████████████ |
|---|---|

**C.** Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

**D.** If your spouse is a U.S. citizen, give the following information:

    **1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

    If "Other," give the following information:

    **2.** Date your spouse became a U.S. citizen

    **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

             City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

    **1.** Spouse's Country of Citizenship

    **2.** Spouse's USCIS "A"- Number *(If applicable)*

    A

    **3.** Spouse's Immigration Status

    ☐ Lawful Permanent Resident  ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status

    ☐ U.S. Citizen
    ☐ Lawful Permanent Resident
    ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended

    ☐ Divorce  ☐ Spouse Died  ☐ Other _____

**G.** How many times has your current spouse been married (including annulled marriages)?  [    ]

    If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
    If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status

    ☐ U.S. Citizen
    ☐ Lawful Permanent Resident
    ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended

    ☐ Divorce  ☐ Spouse Died  ☐ Other _____

| **Part 9.  Information About Your Children.** | Write your USCIS  "A"- number here:<br>A ▓▓▓▓▓ |
|---|---|

**A.**  How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 0 |
|---|

**B.**  Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of<br>Son or Daughter | Date of Birth<br>*(mm/dd/yyyy)* | USCIS "A"- number<br>*(if child has one)* | Country of Birth | Current Address<br>*(Street, City, State and Country)* |
|---|---|---|---|---|
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Add Children | | Go to continuation page |
|---|---|---|

| **Part 10.  Additional Questions.** |
|---|

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1.  Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No

2.  Have you **ever** registered to vote in any Federal, state or local election in the United States? ☐ Yes ☒ No

3.  Have you **ever** voted in any Federal, state or local election in the United States? ☐ Yes ☒ No

4.  Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal state or local tax return? ☐ Yes ☒ No

5.  Do you owe any Federal, state or local taxes that are overdue? ☐ Yes ☒ No

6.  Do you have any title of nobility in any foreign country? ☐ Yes ☒ No

7.  Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? ☐ Yes ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS  "A"- number here:<br>A ▉▉▉▉▉ |
|---|---|

**B.  Affiliations.**

**8.  a**  Have you **ever** been a member of or associated with any organization, association, fund foundation, party, club, society or similar group in the United States or in any other place?  ☒ Yes  ☐ No

   **b.**  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1.   Inter. Brotherhood of Electrical Workers, AFL CIO | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

**9.**  Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

   **a.**  The Communist Party?  ☐ Yes  ☒ No

   **b.**  Any other totalitarian party?  ☐ Yes  ☒ No

   **c.**  A terrorist organization?  ☐ Yes  ☒ No

**10.**  Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

**11.**  Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

**12.**  Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   **a.**  The Nazi government of Germany?  ☐ Yes  ☒ No

   **b.**  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   **c.**  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

**C.  Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

**13.**  Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

**14.**  Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS  "A"- number here:<br>A ███████ |
|---|---|

### D. Good Moral Character.

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

**15.** Have you **ever** committed a crime or offense for which you were **not** arrested?  ☐ Yes  ☒ No

**16.** Have you **ever** been arrested, cited or detained by any law enforcement officer
(including USCIS or former INS and military officers) for any reason?  ☒ Yes  ☐ No

**17.** Have you **ever** been charged with committing any crime or offense?  ☒ Yes  ☐ No

**18.** Have you **ever** been convicted of a crime or offense?  ☒ Yes  ☐ No

**19.** Have you **ever** been placed in an alternative sentencing or a rehabilitative program
(for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☒ No

**20.** Have you **ever** received a suspended sentence, been placed on probation or been paroled?  ☒ Yes  ☐ No

**21.** Have you **ever** been in jail or prison?  ☒ Yes  ☐ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table.  If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| See attached statement | 12/06/1981 | San Diego, CA, USA | Involunt. manslaughter, 2 years jail. |
|  |  |  |  |
|  |  |  |  |

Answer Questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

**22.** Have you **ever:**

  **a.** Been a habitual drunkard?  ☐ Yes  ☒ No

  **b.** Been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☒ No

  **c.** Sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☒ No

  **d.** Been married to more than one person at the same time?  ☐ Yes  ☒ No

  **e.** Helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

  **f.** Gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

  **g.** Failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

**23.** Have you **ever** given false or misleading information to any U.S. government official
while applying for any immigration benefit or to prevent deportation, exclusion or removal?  ☐ Yes  ☒ No

**24.** Have you **ever** lied to any U.S. government official to gain entry or admission into the
United States?  ☐ Yes  ☒ No

| **Part 10.  Additional Questions. (Continued)** | Write your USCIS  "A"- number here:<br>A ▮▮▮▮▮▮ |
| --- | --- |

### E.  Removal, Exclusion and Deportation Proceedings.

**25.**  Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

**26.**  Have you **ever** been removed, excluded or deported from the United States?  ☐ Yes  ☒ No

**27.**  Have you **ever** been ordered to be removed, excluded or deported from the United States?  ☐ Yes  ☒ No

**28.**  Have you **ever** applied for any kind of relief from removal, exclusion or deportation?  ☐ Yes  ☒ No

### F. Military Service.

**29.**  Have you **ever** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

**30.**  Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

**31.**  Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

**32.**  Have you **ever** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

### G. Selective Service Registration.

**33.**  Are you a male who lived in the United States at any time between your 18th and 26th birthdays  ☒ Yes  ☐ No
in any status except as a lawful nonimmigrant?

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy)  [                ]    Selective Service Number  [                ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

### H. Oath Requirements. *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the
answer was "No" and (2) any additional information or documentation that helps to explain your answer.

**34.**  Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

**35.**  Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

**36.**  Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

**37.**  If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

**38.**  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

**39.**  If the law requires it, are you willing to perform work of national importance under civilian  ☒ Yes  ☐ No
direction?

| Part 11. Your Signature. | Write your USCIS "A"- number here: |
|---|---|

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature

Date *(mm/dd/yyyy)*
05/05/2006

## Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name
Paul O'Dwyer, Esq.

Preparer's Signature

| Date *(mm/dd/yyyy)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| 05/05/2006 | Law Office of Paul O'Dwyer | (646)230-7444 |

| Preparer's Address - Street Number and Name | City | State | Zip Code |
|---|---|---|---|
| 134 West 26th Street, Suite 902 | New York | New York | 10001 |

### NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.

## Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp          Date *(mm/dd/yyyy)*

Complete Signature of Applicant          Officer's Signature

## Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant          Complete Signature of Applicant

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Application for Naturalization | Date:  05/05/2006 |
|---|---|---|
| | | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:  Carlos Bustamante
☐ Petitioner   ☑ Applicant
☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)
525   67 East 11th Street   New York   NY   10003

Name:
☐ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
New York State            Supreme Court            and am not under a court or administrative agency
                          Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | 134 West 26th Street, Ste. 902 New York, NY 10001 |
| NAME (Type or Print)  Paul O'Dwyer | TELEPHONE NUMBER  646/230-7444 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
        Paul O'Dwyer
                    (Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
Application for Naturalization

| Name of Person Consenting  Carlos Bustamante | Signature of Person Consenting | Date  05/05/2006 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

Carlos Bustamante, being duly sworn, deposes and says:

1.    I reside at 67 East 11th Street, Apartment 525, New York NY 10003. I submit this

      statement in support of my application for naturalization in the US, and specifically, to

      explain why reason I did not register for the selective service, and the circumstances

      surrounding my arrest and conviction for manslaughter in 1981.

2.    I am a citizen of Mexico, date of birth March 20, 1962, and I came to the US with my

      family when I was a child. I was granted permanent residence in the US on November 5,

      1972, when I was about ten years old.

3.    I did not register for the Selective Service between my eighteenth and twenty-sixth

      birthdays because I did not know that I was required to do so. I did not receive any

      notification from the US Government that I was required to register for the Selective

      Service, and I was not aware of this requirement until my current immigration attorney

      advised me of this requirement. If I had known at the time that I was required to register,

      I would definitely have done so.

4.    I was the subject of a criminal prosecution in California in 1982, arising out of an

      incident in December 1981 where a fight broke out at a party I was attending with my

      brothers. As a result of this fight, one person, Rene Barba, was killed. In April of 1982,

      and I and four other people were arrested and charged with a variety of offenses,

      including assault and homicide, under Case Number CR57895, in the Superior Court of

      the State of California, County of San Diego. A copy of the information (the legal name

      for the complaint filed with the court) is annexed hereto as Exhibit A. On July 29, 1982,

      I pleaded guilty to a charge of involuntary manslaughter, a violation of California Penal

      Code § 192.2. A copy of the plea agreement is annexed hereto as Exhibit B. On

November 8, 1982, I was sentenced to a term of two years in prison, with a recommendation that my prison time be served in a minimum security setting, and with a credit for 121 days time served. A copy of the sentencing order is annexed hereto as Exhibit C. I was released on parole in September 1983, and I successfully completed my parole.

5.     I have been employed by SimplexGrinnell, Inc., a subdivision of Tyco Fire and Building Products since 1990. I am certified as a Regulation Four Fire Inspector, and I am a member of the AFL-CIO New York City Local No. 3 International Brotherhood of Electrical Workers. Apart from the incident referred to above, I have never been arrested, charged or convicted of any criminal offense, and I consider myself to be a law-abiding citizen.

Dated: New York, New York
       May __, 2006

_Carlos Bustamante_

Carlos Bustamante


Sworn to before me, a notary,
on this the __ day of May, 2006:

Notary

# In the Superior Court of the State of California

## FOR THE COUNTY OF SAN DIEGO

The People of the State of California

Plaintiff

vs.

CARLOS BUSTAMANTE
also known as
CARLOS BUSTAMANTE,
HECTOR RAMIREZ BUSTAMANTE,
MIGUEL PONCE, LUPE
RODRIGUEZ GUTIERREZ,
and
GERMAN GUEVARA CARAVANTES

Defendant

**INFORMATION**

D.A. No. A56838

Case No. CR57895

The District Attorney of the County of San Diego, State of California accuses the Defendant(s) of committing in the County of San Diego, State of California, before the filing of this Information, the following crime(s):

COUNT ONE: On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES did assault another with a deadly weapon and instrument, and by means of force likely to produce great bodily injury, in violation of Penal Code section 245(a). Victim: RENE BARBA

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a club, within the meaning of Penal Code section 12022(b).

COUNT TWO: On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ, and GERMAN GUEVARA CARAVANTES did assault another with a deadly weapon and instrument, and by means of force likely to produce great bodily injury, in violation of Penal Code section 245(a). Victim: SHARON BUCKLY

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a club, within the meaning of Penal Code section 12022(b).

COUNT THREE: On or about December 5, 1981, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES did murder RENE BARBA, a human being, in violation of Penal Code section 187.

And, it is further alleged that in the commission and attempted commission of the above offense, the said defendants, CARLOS BUSTAMANTE, HECTOR RAMIREZ BUSTAMANTE, MIGUEL PONCE, LUPE RODRIGUEZ GUTIERREZ and GERMAN GUEVARA CARAVANTES, personally used a dangerous or deadly weapon, to wit, a knife and club, within the meaning of Penal Code section 12022(b).

EDWIN L. MILLER, JR.
District Attorney of the County of San Diego, State of California

Dated April 1 19 82

/s/ Edwin D. Hofman
By Edwin D. Hofman
Assistant District Attorney

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

FILED
Robert D. Zumwalt, Clerk

JUL 29 1982

BY D. HOCKETT
DEPUTY

THE PEOPLE OF THE STATE OF CALIFORNIA
_____ Plaintiff,

vs.

CARLOS BUSTAMANTE
_____ Defendant.

CASE NUMBER
CR – 57895
DA–  A56838

CHANGE OF PLEA
(GUILTY)

Comes now  CARLOS BUSTAMANTE
defendant in the above-entitled criminal action, and in support of his motion to change his plea(s) to be made in open court personally and by his attorney, does declare:     *(defendant to initial each item)*

1. That his attorney in the above-entitled criminal action is  I. THOMAS BOWDEN                                    *CB*

2. That he is charged in  INFORMATION number CR –57895                              , with having violated
(Information/Indictment)
Ct. 1–PC245(a)&12022(b); Ct. 2–PC245(a)&12022(b); Ct. 3–PC187&12022(b)
(Code Section(s) and Count(s))                                                                                          *CB*

3. That he desires to change his plea(s) and desires to plead guilty to  PC192.2(Involuntary Manslaughter)
(Set forth Code Section(s) and Count(s),                                                                              *CB*
as a lesser included offense of Ct. 3.
including lesser offense(s) to which plea is to be made)

4. That he  is  now and  was  at the time this form was prepared in possession of all his faculties
(is/is not)          (was/was not)                                                                                     *CB*
and has  not  consumed any drug, narcotic or alcoholic beverage in the 24-hour period preceding the entry of this plea
to the extent that his sound judgment is impaired;                                                                       *CB*

5. That he  does  understand the nature of the charge(s) against him;                                              *CB*
(does/does not)

6. That he  has  discussed the nature of the charge(s) against him and the possible defenses thereto with
(has/has not)                                                                                                           *CB*
his attorney;

7. That he violated the aforementioned Penal Code section(s) by  People v. West Plea.
_____
_____
_____
_____                                            *CB*

8. That his attorney  has  explained and discussed his constitutional rights with him; that he understands
(has/has not)
his constitutional rights; that his constitutional rights have not been violated; that his attorney has specifically explained
to him (1) the right to a jury trial, (2) the right to confront those witnesses who would testify against him and to cross
examine those witnesses, (3) the right to testify in his own behalf or not to testify if he desires to remain silent, (4) the
right to have witnesses and documents subpoenaed by the Court for use at trial; that defendant knowingly and intelligently
gives up these constitutional rights;                                                                                   *CB*

9. That his decision to change his plea(s)  has  been made freely and voluntarily, without threat or
(has/has not)                                                                                         *CB*
fear to him or to anyone closely related to or associated with him;

10. That his attorney  has  explained the possible sentence and understands the maximum possible punish-
(has/has not)                                                                                             *CB*
ment to be;  Four years state prison
and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of  48 months     *CB*

11. That he understands if he is granted probation and the Court finds he has violated the terms of probation he      *CB*
could be sentenced to State Prison at that time.

Co. Clk. Form CR-12 (4-81)

12. That he ___has___ been induced to plead guilty by any promise or representation of a lesser sentence,
(has/has not)
probation, reward, immunity, or anything else. If defendant's plea of guilty is the result of discussions with the District
Attorney (e.g., that the District Attorney has agreed to move to dismiss a count if defendant pleads guilty to another
count), explain briefly such promise or plea bargaining, in the following space: the D/A has agreed to move
to dismiss counts one and two and stipulate that defendant shall plead to PC192.2
as a lesser included offense in count 3; and the court commits to a PC 1203.03
evaluation if probation does not appear to be appropriate.   Further, the D/A
agrees to strike the PC 12022(b) allegations, in each count.

13. That he ___does___ understand that the matter of probation and sentence is to be determined solely by the
(does/does not)
court.

14. That he is pleading guilty because ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
HE wishes to avoid the possibility of conviction and sentence on the more
Defendant has    (cross out the inapplicable phrase)    serious charge of murder.

    1. ~~personally prepared and discussed with his attorney~~

    2. read, discussed, and has had explained to him by his attorney

each of the above items, and understands same. Defendant has initialed each item as proof thereof.

Executed this ___29___ day of ___July___, 19___82___ in the County of San Diego, State
of California.

_Carla Bustamente_
(Defendant's signature)

I, THOMAS BOWDEN _____ states that he is the attorney for
defendant in the above-entitled criminal action; that he personally read, discussed and explained the contents of the above
declaration of the defendant and each item thereof; that defendant's constitutional rights have not been violated; that no
meritorious defense exists to the charge(s) to which defendant is pleading guilty; that he personally observed the defendant
(fill in and initial each item) acknowledging explanation of the contents of each item; that he
observed defendant date and sign said declaration; that he concurs in defendant's withdrawal of his plea(s) of not guilty;
that he concurs in defendant's plea(s) of guilty to the charge(s) as set forth by the defendant in the above declaration.

Dated this ___29___ day of ___July___, 19___82___
_Thomas Bowden_
(Attorney's signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney,
EDWIN L. MILLER, JR., District Attorney, concurs in the defendant's withdrawal of his plea(s) of not guilty and in the
defendant's plea of guilty to the charge(s) as set forth by the defendant in the above declaration.

Dated this ___29th___ day of ___July___, 19___82___.

EDWIN L. MILLER, JR.
District Attorney

By: _Scott S. Bret_
(Deputy District Attorney)

Defendant personally and by his attorney having in open court moved to withdraw his plea(s) of not guilty as
heretofore entered and the People of the State of California, by and through its attorney, having concurred in said motion.

IT IS HEREBY ORDERED that said motion be and the same is hereby granted.

Dated: ___JUL 29 1982___

(Judge of the Superior Court)
JAMES A. MALKUS

Co. Clk. Form CR-12 (4-81) REVERSE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR. __57595__ DA. __A56838__

DATE __NOV 8 1982__ AT __10:30__ M.

PRESENT HON. __JAMES A. MALKUS__ JUDGE PRESIDING DEPARTMENT __NINE__

CLERK _____ REPORTER _____

THE PEOPLE OF THE STATE OF CALIFORNIA
vs
__CARLOS BUSTAMANTE aka Carlos Bustamente__
DEFENDANT

DEPUTY DISTRICT ATTORNEY __K Burt__
ATTORNEY FOR DEFENDANT (APPT'D/RETAINED) __DEFENDERS__

VIOLATION OF __PC 182.2__ FUR PROC PC 1203.03

DEFENDANT ☐ DULY ARRAIGNED FOR JUDGMENT ☒ WAIVES ARRAIGNMENT ☐ NOT PRESENT
☐ DEFENDANT ADVISED OF RIGHTS AND (ADMITS) (DENIES) A VIOLATION OF PROBATION ☐ WAIVES HEARING
PROBATION IS ☒ DENIED ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ CONTINUED ☐ GRANTED ☐ FORMAL SUMMARY

☐ DEFENDANT COMMITTED TO CUSTODY OF SHERIFF FOR _____ AS PER ORDER SIGNED AND FILED
☐ DEFENDANT NOT TO BE GRANTED PAROLE
ADULT INSTITUTIONS RECOMMEND (STRIKE IF NOT APPLICABLE)
☐ DEFENDANT REFERRED TO DIRECTOR OF CORRECTIONS UNDER PC 1203.03. HEARING SET FOR _____
AT _____ M IN DEPARTMENT _____

☒ DEFENDANT COMMITTED TO DIRECTOR OF CORRECTIONS;
☐ DEFENDANT COMMITTED TO CALIFORNIA YOUTH AUTHORITY; (LOWER) (MIDDLE) (UPPER) TERM
OF __2__ YRS. CREDIT TIME SERVED __81__ DAYS
☒ DEFENDANT NOTICED OF APPEAL RIGHTS IN ACCORDANCE WITH RULE 250, CALIFORNIA RULES OF COURT DAYS
☐ ADVISED OF PAROLE RIGHTS. __40__ DAYS
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT __121__ DAYS TOTAL

_____ CONTINUED TO _____ DEPT. _____
AT _____ M ON MOTION OF COURT / DDA / DEFENDANT / PROBATION OFFICER
PROCEEDINGS AS REQUIRED TO DETERMINE WHETHER DEFENDANT ☐ IS PRESENTLY SANE (PC 1368) ☐ IS MENTALLY DISORDERED SEX OFFENDER (W&I 6301)
☐ ADDICTED OR IN IMMINENT DANGER OF BECOMING ADDICTED TO NARCOTICS, AS PER ORDER SIGNED AND FILED (WI 3051)
☐ DEFENDANT REMAINS AT LIBERTY: ☐ ON BOND POSTED $ _____ ☐ ON OWN RECOGNIZANCE ☐ ON PROBATION
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF WITHOUT BAIL ☐ DEFENDANT ORDERED RELEASED FROM CUSTODY OF SHERIFF
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF WITH BAIL SET AT $ _____
☐ COURT DETERMINES DEFENDANT HAS / DOES NOT HAVE ABILITY TO REIMBURSE THE COUNTY FOR COURT APPOINTED COUNSEL IN THE AMOUNT OF $ _____
PAYABLE _____ PER MONTH COMMENCING _____
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____ SERVICE WITHHELD TO _____
☐ BAIL BOND EXONERATED ☐ DMV ABSTRACT FORWARDED
☐ BOND FORFEITED $ _____ BOND COMPANY _____
BOND NO. _____ AGENT _____
☐ DEFENDANT ORDERED TO PAY A FINE OF $ _____ INCLUDING PENALTY ASSESSMENT (PC 13521) (GC 13967)
AT $ _____ BEGINNING _____ (STRIKE ONE)
PLUS PENALTY ASSESSMENT (GC 13967)
☐ DEFENDANT ORDERED TO MAKE RESTITUTION OF _____ AT _____ COMMENCING _____
OTHER *Ct recommends a Minimum custody institution*

DATED: NOV 8 1982

ORDER __JAMES A. MALKUS__



**RESIDENT ALIEN**

BUSTAMANTE-RAMIREZ, CARLOS

032062

```
34043189 11 07 265 285 15009

5455 26503 99920 84662 36168

110572 582 117 02235 8837974
```