# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6226**

**Judge McMahon**

TO: (Name and address of Defendant)

F. James Loprest, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
86 Chambers Street, 4th Floor
New York NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

COPY RECEIVED
O/JUL 5 2007
U.S. ATTORNEY'S SDNY

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

JUL 0 5 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 07/05/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Guillermo Nolivos | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's office 86 Chambers Street, 4th Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007
              Date          Signature of Server

134 W 26 St, Ste. 902, NY, NY 10001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern           District of           New York

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6226

Judge McMahon

TO: (Name and address of Defendant)

US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JUL 05 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 07/06/2007 |
| NAME OF SERVER *(PRINT)* Guillermo Nolivos | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified Mail - First class delivery under the care of the U.S. Postal Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage. | TOTAL $4.98 |
|---|---|---|

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007　　　　　　_____
　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　134 W 26 St, Ste. 902, NY, NY 10001
　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6226**

Judge McMahon

TO: (Name and address of Defendant)

Mark J. Mershon, Assistant Director-in-Charge
Federal Bureau of Investigation
New York Field Office
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 5 2007

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 07/06/2007 |
| NAME OF SERVER (PRINT) Guillermo Nolivos. | TITLE Paralegal. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified - First class delivery under the care of the U.S. Postal Service.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Postage | TOTAL $4.98 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007
              Date

Signature of Server

134 W 26 St, Ste. 902, NY, NY 10001.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6226

Judge McMahon

TO: (Name and address of Defendant)

Andrea Quarantillo, District Director
US CIS New York District
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 5 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 07/06/2007 |
| NAME OF SERVER (PRINT) Guillermo Nolivos | TITLE | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified Mail - First class delivery under the care of the U.S. Postal Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage | TOTAL $4.98 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007
            Date            Signature of Server

134 W 20 St., Ste 902, NY, NY 10001.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6226



Judge McMahon

TO: (Name and address of Defendant)

Dr. Emilio T. Gonzalez, Director
US Citizenship and Immig. Services
Office of the General Counsel
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                 JUL 0 5 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 07/06/2007 |
| NAME OF SERVER (PRINT) Guillermo Nolivos | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified Mail - First class delivery, under the care of the U.S. Postal Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage. | TOTAL $4.98 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007
             Date                    Signature of Server

134 W 26 St, Ste 902, NY. NY 10001.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern            District of            New York

CARLOS BUSTAMANTE

V.

Michael Chertoff, Secretary, DHS; Emilio Gonzalez, Director, USCIS; Andrea Quarantillo, NY USCIS; Mark Mershon, Assist. Director, FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6226

Judge McMahon

TO: (Name and address of Defendant)

Michael Chertoff, Secretary, U.S. Department of Homeland Security
Office of the General Counsel
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul O'Dwyer, Esq.
134 West 26th Street, Suite 902
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 5 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 07/06/2007 |
| NAME OF SERVER (PRINT) Guillermo Nolivos | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified Mail - First class delivery. under the care of The U.S. Postal Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage | TOTAL $4.98 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/06/2007
             Date                    Signature of Server

134 W 26 St, Ste-902, NY, NY 10001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.