UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CARLOS BUSTAMANTE,            :
                              :
            Plaintiff,      :    **ECF CASE**
                              :
   v.                         :
                              :    07 Civ. 6226 (CM)
MICHAEL CHERTOFF, et al.      :
                              :
            Defendants.     :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        July 18, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                               By:   /s/_____
                                    ROBERT W. YALEN
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2722
                                    Facsimile: (212) 637-2717
                                    Email: robert.yalen@usdoj.gov

To:   Paul O'Dwyer, Esq.
        134 West 26th Street, Suite 902
        New York, NY 10001