MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

RECEIVED
OCT 02 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EXLEY STEWARD,

          Plaintiff,

    v.

ATTORNEY GENERAL ALBERTO
GONZALES, et al.,

          Defendants.
------------------------------------------------------------x

ECF Case

07 Civ. 7019 (HB)

STIPULATION AND ORDER
OF DISMISSAL

WHEREAS, on August 6, 2007, plaintiff Exley Steward commenced this action seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS") timely to adjudicate plaintiff's application for naturalization;

WHEREAS, on September 6, 2007, USCIS granted plaintiff's application for naturalization, mooting this action;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

    (1)    Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees to any party, and

FROM :DIRAIMONDO and MASI LLP    FAX NO. :631-777-5114    Oct. 01 2007 03:17PM P3
SEP-24-2007 13:59    US ATTORNYS OFFICE                        212    P.03

Case 1:07-cv-06226-CM    Document 9-3    Filed 10/04/2007    Page 2 of 6

(2)  This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
September __, 2007
October 1, 2007

DIRAIMONDO & MASI LLP
*Attorneys for Plaintiff*

By: _____
MARY ELIZABETH DELLI-PIZZI
401 Broadhollow Road
Suite 302
Melville, NY 11747
Tel.: (631) 777-5557
Fax: (631) 777-5114

Dated: New York, New York
September __, 2007
October 1, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2722
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York
Oct 2, 2007

_____
HON. HAROLD BAER, JR.
United States District Judge

-2-

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
VLADIMIR SHAFIROVICH,                                       :
                                                            :
                              Plaintiff,                    :   STIPULATION AND ORDER OF
                                                            :   SETTLEMENT AND DISMISSAL
        - v. -                                              :
                                                            :   07 Civ. 2019 (LLS)
MICHAEL CHERTOFF, et al.,                                   :
                                                            :
                              Defendants.                   :
------------------------------------------------------------x

WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
         July 31, 2007

                                                            _____
                                                            KEVIN W. JONES, ESQ.
                                                            Attorney for Plaintiff
                                                            225 Broadway, Suite 1901
                                                            New York, NY 10007
                                                            Tel. No.: (212) 766-9696

Dated:   New York, New York                                 MICHAEL J. GARCIA
         July 7, 2007                                       United States Attorney for the
                                                            Southern District of New York
                                                            Attorney for Defendants

                                        By:                 _____
                                                            F. JAMES LOPREST, JR. (FJL:3210)
                                                            Special Assistant United States Attorney
                                                            86 Chambers Street, 4th Floor
                                                            New York, NY 10007
                                                            Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE
8/8/07

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

RAVISHANKAR SUBRAMANYA,

       Plaintiff,

     - v. -

HON. MICHAEL CHERTOFF, et al.,

       Defendants.
------------------------------------------------------------x

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

07 Civ. 3316 (JSR)

WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: Port Washington, New York
    July 27, 2007

_____
FREDRIC H. AARON, ESQ.
14 Vanderventer Avenue, Suite 212
Port Washington, NY 11050
Tel. No.: (516) 802-4140

Dated: New York, New York
    July 30, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

7-31-07

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2728

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMIR SALIMZADEH,

     Plaintiff,

  - v. -

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, et al.,

     Defendants.
-----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

05 Civ. 7969 (RMB)

WHEREAS defendant United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
September 13, 2006
Nov.

/s/ DOUGLAS U. ROSENTHAL, ESQ. (DUR:1345)
Attorney for Plaintiff
350 Broadway, Suite 214
New York, NY 10019
Tel. No.: (212) 625-8300

Dated: New York, New York
September 15, 2006

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

/s/ RMB
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Returned to chambers for scanning on 11/17/06.
Scanned by chambers on _____.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/17/06

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-K-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
FRIDRIKE FURMAN, A#071 405 540,

            Petitioner,

            - v. -

ALBERTO GONZALES, U.S. Attorney General, et al.,

            Respondent.
---------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

05 Civ. 6927 (HB)

WHEREAS United States Citizenship and Immigration Services has scheduled a ceremony for petitioner to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
October 28, 2005

NEW YORK LEGAL ASSISTANCE GROUP
Attorneys for Petitioner

By: _____
YISROEL SCHULMAN, ESQ. (YS:3107)
450 West 33rd Street, 11th Floor
New York, NY 10001
Tel. No.: (212) 613-5000

Dated: New York, New York
~~October~~ _____, 2005
November 2

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

By: _____
F. JAMES LOPREST, JR. (FJL:3210) (By S.C.)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED

_____ 11/10/05
HON. HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2005vc.210