USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARLOS BUSTAMANTE,

                    Plaintiff,

-against-

MICHAEL CHERTOFF, Secretary, et al.,
                    Defendants.
-----------------------------------------------------------X

07 CIVIL 6226 (CM)

**JUDGMENT**

      Defendants having moved to dismiss, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on January 29, 2008, having rendered its Decision and Order granting defendants' motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 29, 2008, defendants' motion to dismiss is granted and the action is dismissed as moot; accordingly, the case is closed.

**Dated:** New York, New York
          January 30, 2008

                                            J. MICHAEL McMAHON
                                            Clerk of Court
                         BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____