UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CARLOS BUSTAMANTE,
                Plaintiff,

Case Number: 07 CV 6226(CM) ECF CASE

v.

**NOTICE OF APPEAL**

MICHAEL CHERTOFF, Secretary,
US Department of Homeland Security;
Dr. EMILIO T. GONZALEZ, Director,
US Citizenship and Immigration Services;
ANDREA QUARANTILLO, District Director,
New York District, USCIS; and,
MARK J. MERSHON, Assistant Director-in-Charge,
Federal Bureau of Investigations.
                Defendants.



---

      PLEASE TAKE NOTICE that Plaintiff hereby appeals to the U.S. Court of Appeals for the Second Circuit from Decisions and Orders of Hon. Colleen McMahon dated January 29, 2008, and February 26, 2008, granting Defendants' motion to dismiss.

Dated: New York, New York
       February 27, 2008

Paul O'Dwyer
*Attorney for Plaintiff*
134 West 26th Street, Suite 902
New York, NY 10001
(646) 230-7444